IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02393-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-16,

    Defendants.

---

## ORDER OF DISMISSAL

---

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of all John Doe Defendants (ECF No. 20) filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),   it is

ORDERED that Defendant John Does 1-16 are **DISMISSED WITHOUT PREJUDICE** and this case is terminated.

Dated:  August 14, 2013

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge